BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General, Civil Division
BURDEN H. WALKER
Deputy Assistant Attorney General, Civil Division
AMANDA N. LISKAMM
Director, Consumer Protection Branch
LISA K. HSIAO
Senior Deputy Director, Civil Litigation
ZACHARY A. DIETERT
Assistant Director
MARCUS P. SMITH
WESLINE N. MANUELPILLAI
Trial Attorneys
Consumer Protection Branch
Civil Division, U.S. Department of Justice
450 5th Street, NW, Suite 6400-South
Washington, DC 20001
Telephone: (202) 353-9712 (Smith)
              (202) 305-2809 (Manuelpillai)

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> COGNOSPHERE, LLC, a limited liability company; and <br><br> COGNOSPHERE PTE. LTD., a private limited company, <br><br> Defendants. | Case No. 2:25-cv-447 <br><br><br> COMPLAINT FOR PERMANENT INJUNCTION, CIVIL PENALTY JUDGMENT, AND OTHER RELIEF |

Plaintiff, the United States of America, acting upon notification and referral from the Federal Trade Commission ("FTC" or "Commission"), for its Complaint alleges:

1.     Plaintiff brings this action for Defendants' violations of Section 5(a) of the Federal Trade Commission Act, 15 U.S.C. § 45(a), Sections 1303(c) and 1306(d) of the Children's Online Privacy Protection Act of 1998 ("COPPA"), 15 U.S.C. §§ 6502(c), 6505(d), and the Children's Online Privacy Protection Rule ("Rule" or "COPPA Rule"), 16 C.F.R. pt. 312.  For these violations, Plaintiff seeks relief, including a permanent injunction, monetary relief, civil penalties, and other relief, pursuant to Sections 5(m)(1)(A) and 13(b) of the FTC Act, 15 U.S.C. §§ 45(m)(1)(A) and 53(b), COPPA, and the COPPA Rule.

## SUMMARY OF THE CASE

2.     Defendants developed, operate, and distribute the hit online video game "Genshin Impact," which was released in September 2020.

3.     Genshin Impact is popular among children and teenagers, some of whom have spent hundreds or thousands of dollars to obtain select chance-based prizes in the game, to their parents' surprise.  The game features anime-style cartoon graphics, bright and colorful animation, and several heroes who have the speech or appearance of children.  Defendants have extensively promoted the game, including to children, through advertisements, social media channels, and paid "influencers."

4.     Yet despite these child-directed features of the game, and, in some cases, Defendants' knowledge that particular users of the game were children under 13 years old, Defendants have proceeded to collect personal information from children before (and without ever) notifying parents and obtaining parental consent, in violation of the requirements of the COPPA Rule.

5.     Genshin Impact, which can be downloaded and played for free, makes money primarily by selling virtual currency within the game that consumers can

spend on chances to obtain a prize based on luck.  Mystery prizes of this kind that are awarded based on luck, and revealed only after the consumer has paid to open them, are known as "loot boxes."

6.    Defendants widely advertise, and prominently feature within Genshin Impact, select "5-star" prizes, which consumers can obtain only by opening loot boxes.  The odds of any given loot box containing the advertised prize are very low, and consumers commonly must purchase dozens of loot boxes, at the cost of hundreds of dollars, to obtain a single 5-star prize.  Yet Defendants have misrepresented players' odds of obtaining rare loot box prizes, and Defendants have misled players about the substantial expenditure likely required to obtain these prizes.

7.    Defendants have also engaged in unfair business practices related to loot box transactions in Genshin Impact.

8.    First, Defendants sell players virtual currency that can be used to purchase loot boxes only after engaging in a complicated and confusing series of transactions involving multiple tiers of currency with different exchange rates.  This serves to obscure the true amount of money that players are spending on the game and the true amount that players must spend to obtain rare loot box prizes.

9.    Second, Defendants have unfairly promoted and offered to children and teenagers rare prizes that can be obtained only by opening loot boxes, which in some instances has led children and teenagers to spend hundreds or thousands of dollars in pursuit of these prizes.

## JURISDICTION AND VENUE

10.    This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1337(a), 1345, and 1355.

11.    Venue is proper in this District under 28 U.S.C. §§ 1391(b)(1), (b)(2), (c)(2), and (d), 1395(a), and 15 U.S.C. § 53(b).

## SECTION 5 OF THE FTC ACT

-3-

12.     Section 5 of the FTC Act, 15 U.S.C. § 45(a), prohibits unfair and deceptive acts and practices in or affecting commerce.

## THE CHILDREN'S ONLINE PRIVACY PROTECTION ACT RULE

13.     Congress enacted COPPA in 1998 to protect the safety and privacy of children by prohibiting the unauthorized or unnecessary collection of children's personal information online by operators of Internet websites and online services. COPPA directed the Commission to promulgate a rule implementing COPPA. The Commission promulgated the COPPA Rule, 16 C.F.R. Part 312, on November 3, 1999, under Section 1303(b) of COPPA, 15 U.S.C. § 6502(b), and Section 553 of the Administrative Procedure Act, 5 U.S.C. § 553. The Rule went into effect on April 21, 2000. The Commission promulgated revisions to the Rule that went into effect on July 1, 2013. Pursuant to Section 1303(c) of COPPA, 15 U.S.C. § 6502(c), and Section 18(d)(3) of the FTC Act, 15 U.S.C. § 57a(d)(3), a violation of the Rule constitutes an unfair or deceptive act or practice in or affecting commerce, in violation of Section 5(a) of the FTC Act, 15 U.S.C. § 45(a).

14.     The COPPA Rule applies to any operator of a commercial website or online service directed to children and to any operator of a commercial website or online service that has actual knowledge that it is collecting or maintaining personal information from children. The Rule requires an operator to meet specific requirements before collecting online, using, or disclosing personal information from children, including but not limited to:

     a. Providing clear, understandable, and complete notice of its information practices, including specific disclosures, directly to parents;

     b. Posting a prominent and clearly labeled link to an online notice of its information practices with regard to children at specific locations of the website or online service and including in that notice specific disclosures set forth in the Rule, including what information the

operator collects from children online, how it uses such information, and its disclosure practices for such information;

   c.  Obtaining verifiable parental consent before collecting, using, and/or disclosing personal information from children; and

   d.  Retaining personal information collected from children online only as long as is reasonably necessary to fulfill the purpose for which the information was collected.

15.    For purposes of this Complaint, the terms "child," "collects," "collection," "disclosure," "Internet," "obtaining verifiable parental consent," "online contact information," "operator," "parent," "personal information," and "Web site or online service directed to children," are defined as those terms are defined in Section 312.2 of the COPPA Rule, 16 C.F.R. § 312.2.

## PLAINTIFF

16.    Plaintiff brings this action upon notification and referral from the FTC, pursuant to Section 16(a)(1) of the FTC Act, 15 U.S.C. § 56(a)(1). The FTC is an independent agency of the United States Government created by the FTC Act. 15 U.S.C. §§ 41–58. The FTC enforces Section 5(a) of the FTC Act, 15 U.S.C. § 45(a), which prohibits unfair or deceptive acts or practices in or affecting commerce. The FTC also enforces the COPPA Rule, 16 C.F.R. Part 312.

## DEFENDANTS

17.    Defendant **Cognosphere, LLC** is a California corporation with its principal place of business at 1620 26th Street, Santa Monica, California 90404. Cognosphere, LLC has been a wholly owned subsidiary of Defendant Cognosphere Pte. Ltd. Cognosphere, LLC transacts or has transacted business in this District and throughout the United States since its formation in or around January 2022.

18.    Defendant **Cognosphere Pte. Ltd.** is a private limited company in Singapore with its principal place of business at 1 One-North Crescent #06-01 Razer Sea HQ Singapore, 138538 Singapore. Cognosphere Pte. Ltd. transacts or

has transacted business in this District and throughout the United States.

19.    Cognosphere Pte. Ltd. has acted as the video game's publisher since at least December 2021, and has made the game available to consumers through websites controlled by Cognosphere Pte. Ltd. and third-party application and game stores.

20.    Each Defendant, acting alone or in concert with others, has advertised, marketed and distributed the video game Genshin Impact and in-game Genshin Impact content to consumers throughout the United States.  And each Defendant, acting alone or in concert with others, has formulated, directed, controlled, had the authority to control, or participated in the acts and practices set forth in this Complaint.  These statements are true as to Cognosphere Pte. Ltd. at all times relevant to this Complaint since at least December 2021; and as to Cognosphere, LLC, at all times relevant to this Complaint since at least February 2022.  Since at least February 2022, Defendants have made use of a common "HoYoverse" trade name to conduct business in the United States.

21.    Plaintiff's claims against Defendants Cognosphere, LLC and Cognosphere Pte. Ltd. arise from or relate to Defendants' acts or practices aimed at or taking place in the United States.

## COMMON ENTERPRISE

22.    Cognosphere, LLC and Cognophere Pte. Ltd. (collectively, "Defendants," or "HoYoverse") have operated as a common enterprise while engaging in the unfair and deceptive acts and practices and other violations of law alleged below.  Defendants have conducted the business practices described below through interrelated business entities that have common ultimate ownership, pooled resources and staff, a shared "HoYoverse" trade name for doing business, and a shared business scheme.   Because Defendants have operated as a common

enterprise, each of them is liable for the acts and practices alleged below.

## COMMERCE

23.    At all times relevant to this Complaint, Defendants have maintained a substantial course of trade in or affecting commerce, as "commerce" is defined in Section 4 of the FTC Act, 15 U.S.C. § 44.

## DEFENDANTS' BUSINESS ACTIVITIES

24.    Defendants, a group of related entities that do business under the trade name "HoYoverse," developed, market, and distribute the video game Genshin Impact to consumers on the iOS, Android, PC, and Sony PlayStation platforms.

25.    Genshin Impact launched in September 2020, and quickly grew a large following, including among teenagers under 18 years old and children under 13 years old.  Hereafter, references to "children" in this Complaint mean children under the age of 13, and references to "teenagers" mean individuals aged 13, 14, 15, 16, or 17.  Since Genshin Impact launched in 2020, the game has been downloaded over 120 million times worldwide, and by tens of millions of users in the United States.

26.    Genshin Impact takes place in a fantasy world, depicted in the colorful style of an anime cartoon.  Players control a team of heroes who explore this world, completing quests, collecting treasures, and battling enemies.

27.    Genshin Impact is free to download and play.  HoYoverse has grossed more than $4 billion by selling in-game digital content to players.  Genshin Impact generates revenue primarily by selling virtual currency that players can use to purchase loot boxes, referred to as "Wishes" in the game.

## Defendants' Business Practices Regarding the Collection, Use, and Disclosure of Personal Information from Children

### *HoYoverse Is Subject to the COPPA Rule, and Collects Players' Personal Information*

28.    The COPPA Rule applies to operators of commercial websites and

online services directed to children that collect, use, and/or disclose personal information, or those with actual knowledge they have collected, used, and/or disclosed personal information from children under 13.  As explained further below, HoYoverse operates an online service directed to children, and had actual knowledge that it collected personal information from children.

29.     Through the Genshin Impact online service, HoYoverse collects players' personal information, as defined in the COPPA Rule.

30.     To play Genshin Impact using a personal computer or mobile device, players must first create a HoYoverse account.  Players are required to provide an email address to create the account.  Once the player's account has been created, HoYoverse also solicits players to enter a mobile telephone number, and to create a user name.  HoYoverse assigns each account a unique user ID, which functions as online contact information.  Players can use these user IDs to exchange friend requests and send and receive chat messages.  On the backend, HoYoverse uses these user IDs, as well as device-related persistent identifiers, to keep track of players' progress, purchases, settings, and friends lists, among other player-specific information.  HoYoverse also shares device-related persistent identifier information and records of the player's engagement, progress, and spending within the game with third-party analytics and advertising providers.

31.     HoYoverse purports to require players to acknowledge that they have read and agreed to terms of service and a privacy policy when creating the account.  Unlike many other popular video games, Genshin Impact does not screen players' ages by way of an "age gate" or require them to enter a birth year.

### *Genshin Impact Is Directed to Children Under 13*

32.     The COPPA Rule sets forth several factors that bear on whether an online service, or portion thereof, is deemed "directed to children" and is therefore subject to the COPPA Rule's substantive requirements.  16 C.F.R. § 312.2.  Considering the factors set forth in the COPPA Rule, including the game's subject

matter, visual content, animated characters and child-oriented activities, and child heroes, as well as HoYoverse's use of influencers who appeal to children and promotional advertising directed to children, and also the substantial number of children among the game's user base, Genshin Impact is directed to children under age 13.

33.    Genshin Impact's gameplay and subject matter revolve around exploring an open world, role-playing and collecting a team of heroes, and engaging in stylized fantasy combat with no blood or gore, which are mechanics like those in other games popular with children.

34.    Genshin Impact includes visual content that appeals to children, such as anime-style cartoon graphics and colorful animation. For example, during the game, players are accompanied by Paimon, a child-like non-playable character, that serves at the player's guide. Paimon serves as Genshin Impact's mascot, as Paimon is used as the icon for the game on its official website, various social media accounts, and the app stores from which players can download the game, such as Apple's App Store for iOS devices.

**Figure 1: Screenshot of Genshin Impact Mascot "Paimon"**



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15



16    **Figure 2:  Genshin Impact "Paimon" Icon Used in Apple App Store**

17    35.    A number of the game's heroes have the appearance of young

18  children.  In many instances, HoYoverse has disseminated promotional materials

19  for the game that are appealing to children, which emphasize the child-like

20  qualities of these heroes.  For example, in a search engine advertisement

21  disseminated by HoYoverse urging potential players to download Genshin Impact,

22  and to "Play and Get 20 Free Wishes," HoYoverse featured three child-like

23  characters, Klee, Qiqi, and Diona, and referred to these characters as a "Cute

24  Force," with a stylized heart, pawprint, and clover reminiscent of children's art:

25
26
27
28

**Figure 3: "Cute Force" Search Engine Ad Featuring Child-like Heroes**



36.     HoYoverse has widely hired influencers to market and promote Genshin Impact to their respective audiences on social media.  Many of these paid influencers appeal to and are popular among children.  For example, some of these paid influencers won or were finalists for categories related to gaming and online media at the Nickelodeon Kids Choice Awards, an annual awards ceremony that recognizes media and entertainers popular among children.

37.     Some influencers hired by HoYoverse to promote Genshin Impact became prominent by making content associated with games and activities that are popular among children, such as the video games Minecraft and Roblox.

38.     Internal planning documents used by HoYoverse made note of whether hired influencers were known for producing Minecraft or Roblox-related content.  In some instances, HoYoverse's intermediaries reached out to influencer

talent management agencies and stated specifically that they were looking to hire influencers known for streaming themselves playing the Minecraft video game.

39.    In some instances, HoYoverse has paid influencers to display Genshin Impact promotional videos as part of a longer segment in which they engaged in a different child-directed activity or game, such as Minecraft or Roblox.  In other instances, HoYoverse has paid the influencers popular among children to play Genshin Impact for their audiences to view.  At times, HoYoverse has encouraged these influencers to engage in child-oriented activities within the Genshin Impact game itself, such as a "Hide & Seek" event within the game.

**Figure 4: "Playing HIDE & SEEK in Genshin Impact" Influencer Video**



40.    Genshin Impact is "directed to children" within the meaning of the COPPA Rule.  16 C.F.R. § 312.2.

*HoYoverse Has Knowingly Collected, Used, and Disclosed*
*Children's Personal Information Without Parental Consent*

41.    In many instances, HoYoverse has continued to collect, use, and disclose children's personal information without obtaining parental consent, even after obtaining actual knowledge that these users were children.

42.    In addition, HoYoverse maintains and operates a social networking

service called "HoYoLAB," which HoYoverse promotes to Genshin Impact players as a forum on which they can discuss the game. HoYoverse associates HoYoLAB accounts with players' Genshin Impact accounts via persistent identifiers for, among other purposes, disbursing in-game log-in rewards to players who "check in" to the HoYoLAB social network by logging on.

**Figure 5: Daily Check-In Rewards for HoYoLAB Social Network**



43.    In many instances, HoYoverse has become aware that HoYoLAB users are children. Some users have stated or indicated, in communications reviewed by HoYoverse, that they were under 13 years old, for example, in social media postings on HoYoLAB, or in posted photographs, videos, or audio files containing the child's image or voice from which it was apparent that the user was a child. HoYoverse has, in some instances, taken limited, and insufficient, corrective steps when it has discovered a post by a child, such as removing the post in question and 'muting' the  user from posting on the HoYoLAB social network, but without deleting or seeking verifiable parental consent for the use or disclosure of, other personal information of the child already collected. Thus, despite knowing specific users are under the age of 13, HoYoverse has continued to collect, use, and disclose personal information from these users' Genshin Impact accounts without seeking verifiable parental consent.

*HoYoverse Has Not Sought Parental Consent to Collect Children's Personal Information, or Explained How HoYoverse Handled It*

44.     Because HoYoverse operates an online service directed to children and had actual knowledge that it collected personal information from children, it is subject to the COPPA Rule.

45.     HoYoverse has failed to provide parents with a direct notice of its practices concerning the collection, use, and disclosure of children's personal information, or failed to adequately explain what information HoYoverse collected from children through Genshin Impact. HoYoverse's terms of service and privacy policy have purported to require children to refrain from using Genshin Impact. As stated in Paragraph 31, HoYoverse purports to obtain assent to these terms at the time a user creates an account, and it has taken no additional steps to age-gate the game or comply with the COPPA Rule's parental notice and consent requirements. In December 2022, after becoming aware of the FTC's investigation in this matter, HoYoverse also added a "Children's Notice" as the second-to-last section of its privacy policy, disavowing that it marketed its services to children or intentionally collected personal information from children:

> Our Services are not marketed to, or intended for, children. Children for the purposes of our Services are (a) under the age of 13 years old or, if older (b) between 13 and 18 years old but under the age at which they can give valid digital consent to processing of their personal information under applicable data privacy laws. We strive to follow the different minimum age guidelines set by the laws of individual regions when determining the age that children can access certain features of our Services.
>
> Children are not permitted to use these Services, and we do not knowingly collect any personal information from children. Though our Services are not intended for children as the primary audience, we may collect age information before allowing a user to proceed for certain Services. If we learn that we have inadvertently gathered personal

-14-

information about a child that is not subject to an exemption under applicable privacy law, we will take measures to promptly remove that information from our records.

46.    HoYoverse has failed to seek verifiable parental consent from parents before collecting, using, or disclosing their children's personal information.

**Defendants' Business Practices Regarding Virtual Currency and Loot Boxes**

*Overview of "Wish" Loot Boxes and Paid Virtual Currency*

47.    Players progress in Genshin Impact by collecting virtual heroes, forming a team, and using the heroes' abilities to complete tasks.  Heroes have different abilities and roles, for example, as defenders who shield the player's team or as attackers who rapidly damage enemies.  It is advantageous for players to collect heroes with complementary abilities and roles in order to progress.  Additionally, Genshin Impact makes use of voice acting, visual elements, and gameplay to depict the heroes as having distinct identities and personalities with which players can relate.  This motivates some players to try to collect specific heroes with whom they personally identify or relate.

48.    Within the game and in marketing materials, HoYoverse classifies heroes as having rarities of either "4 stars" or "5 stars," with 5-star heroes being far more powerful and desirable for players to collect.  In order to obtain nearly all of these 5-star heroes, as well as many of the 4-star heroes, consumers must purchase loot boxes known as "Wishes" using in-game virtual currency.  HoYoverse does not make these heroes available directly for purchase, and so the only way that players can obtain them is by opening loot boxes.  Five-star hero prizes in Genshin Impact are not merely cosmetic, but offer direct and immediate advantages to players seeking to advance and excel in the game.  As HoYoverse acknowledged in a product marketing presentation to a gaming platform partner, Genshin Impact is "pay to win."  As a result, the core gameplay creates pressure on players to open loot boxes to advance in the game, and, frequently, to spend real money to do so.

49.    The odds of any given loot box containing a desired 5-star hero are

-15-

quite low, and so players will typically need to open a substantial number of loot boxes, in the dozens to low hundreds, to obtain a desired 5-star hero.

50.    Consumers can "Wish," or open, loot boxes, through a menu in the game associated with the childlike fairy guide, Paimon.

**Figure 6:  Paimon Menu Used to Open Loot Boxes, or "Wish"**



51.    HoYoverse requires consumers to engage in a complicated and confusing series of in-game transactions to open loot boxes, involving multiple types of in-game virtual currency with different exchange rates.  The purchasing process obscures the reality that consumers commonly must spend large amounts of real money to obtain 5-star heroes.

52.    In order to open a loot box, a consumer must spend a virtual token, called a "Fate" or "Wish token."  HoYoverse occasionally awards players small numbers of Wish tokens for completing tasks within the game.

53.    Most commonly, consumers must exchange a different virtual currency, called "Primogems," to acquire Wish tokens, at an exchange rate of 160 Primogems for one Wish token.  Players acquire Wish tokens in this way through a virtual storefront called "Paimon's Bargains," named for the childlike Paimon.

54.    Consumers can gradually accumulate Primogems through gameplay or by completing certain specified objectives inside or outside the game, such as

logging in to play the game, or watching influencers affiliated with HoYoverse stream the game for their audiences on social media.

55.    HoYoverse provides Genshin Impact players with limited amounts of free Wish tokens and Primogems exchangable for Wish tokens.  This introduces players to the experience of opening loot boxes in the game, and provides an incentive to continue to play the game regularly.  However, players can easily spend all of the free tokens and Primogems they have accumulated over the course of many hours without successfully acquiring a single 5-star prize.

56.    To reliably acquire 5-star prizes, players must spend real money, often in large sums, to open loot boxes.  Players cannot purchase 5-star prizes with real money directly.  Instead, they must buy a second virtual currency, "Genesis Crystals," which can only be acquired by spending real money.  HoYoverse then prompts the player to exchange Genesis Crystals for Primogems, and Primogems for Wish tokens, and finally to spend the Wish tokens to open loot boxes.  These multiple layers of currency create abstraction between the real money spent and the player's purchases in the game.

57.    If a player attempts to open a loot box, but does not have enough Wish tokens, the game prompts the player to exchange Primogems for Wish tokens.  If a player has fewer than 160 Primogems, the amount needed to exchange for a single Wish token, the game prompts the player to "top-up," or spend real money to buy Genesis Crystals to exchange for Primogems.

**Figure 7: In-Game Prompt to Pay for Virtual Currency to Open Loot Boxes**



58.     HoYoverse maintains a virtual storefront within Genshin Impact where players can spend real money to buy Genesis Crystals. Genesis Crystals can be purchased in bundles of 60, 300, 980, 1,980, 3,280, and 6,480 Genesis Crystals, costing $0.99, $4.99, $14.99, $29.99, $49.99, and $99.99, respectively. Players can exchange Genesis Crystals for Primogems at a 1:1 ratio, meaning they can in effect spend 160 Genesis Crystals to buy a Wish token. Thus, the true cost to open a loot box is generally between $2 to $3, depending on the virtual currency bundle purchased, with larger bulk purchases required to get a more favorable rate.

**Figure 8:  Paid Virtual Currency Storefront**



59.    Considered as a whole, Genshin Impact's confusing series of real andvirtual currency rates, from dollars to Genesis Crystals to Primogems to Wish tokens to loot boxes, in mismatched and unintuitive denominations, serves to mislead consumers, especially children and teenagers, about the amount of money that players spend on loot boxes on an ongoing basis, and the amount of money that players would likely need to spend to obtain certain prizes.

### *HoYoverse's Advertisement and Promotion of Loot Box Prizes*

60.    HoYoverse drives consumer demand for Genshin Impact loot boxes through several promotional channels inside and outside of the game, emphasizing that desirable prizes will be available only on a limited basis.  HoYoverse also hires social media influencers to glamorize the excitement of opening loot boxes.

61.    HoYoverse entices consumers to open loot boxes in the hopes of obtaining desirable heroes prominently featured on "Event Banners," also called "Character Event Wishes," which are in-game advertisements for time-limited prizes that consumers can obtain by opening loot boxes.  Event Banners prominently feature a 5-star hero as the main prize that players can hope to obtain by opening loot boxes, alongside less desirable, less prominently featured four-star heroes.  Event banners tout purportedly increased odds to obtain the featured hero during the promotional period.

62.    HoYoverse draws consumers' attention to Event Banners through notifications that appear periodically when players engage with the game.  Below the Event Banner itself, HoYoverse displays interactive buttons that consumers can click to spend one Wish token, or ten Wish tokens at once, for a chance to obtain the featured prizes.  If a consumer has insufficient tokens to open the loot box, the game prompts the consumer to exchange "Primogem" virtual currency for Wish tokens.  If the consumer has insufficient Primogems to convert to Wish tokens, the game prompts the consumer to spend real money to buy "Genesis Crystal" virtual currency.  The game then prompts the consumer to exchange Genesis Crystals for

Primogems, and to exchange those for Wish tokens used to open the loot box.

**Figure 9:  Example Event Banner Advertising "Probability increased!"**



63.     HoYoverse rotates Event Banners approximately every three weeks, replacing the advertised Event Banner with a new one featuring new heroes.  This often corresponds with updates to the Genshin Impact game in which HoYoverse releases new heroes and content.  HoYoverse also offers what it calls a Standard Wish Banner, with a seldom changing pool of potential prizes, that serves as a foil for the dynamic and widely advertised Event Banner.

64.     HoYoverse's Event Banners create urgency for players to spend tokens and virtual currency, and ultimately real money, to open loot boxes.  Event Banners warn that featured 5-star heroes "can only be obtained in the specified wish during the specified time period(s)," and display a timer counting down to the minute the time remaining until the banner will rotate.  After the Event Banner rotates, consumers cannot obtain the featured 5-star hero until HoYoverse offers another Event Banner featuring that character.  HoYoverse generally does not indicate when this will be, and in several instances, the wait has been a year or more.

65.     HoYoverse also drives consumer demand for loot boxes by advertising current and upcoming Event Banners, including through display ads, video ads, and social media.  Many of these advertisements proclaim purportedly

superior odds of obtaining the heroes featured on the Event Banner.  For example, HoYoverse disseminated a social media advertisement more than one million times for an upcoming Event Banner featuring the five-star hero, a child knight named "Klee," during which players would be able to purchase and open loot boxes for the chance to obtain "Klee."  The advertisement proclaimed, "During the event wish, the event exclusive character . . . will receive a huge drop-rate boost!"  This referred to a purportedly increased "rate," or likelihood, at which the "Klee" hero would appear, or "drop," when players opened loot boxes.

**Figure 10:  Sample Social Media Ad Touting "Huge Drop-Rate Boost!"**



66.    HoYoverse uses suspenseful and exciting animations and sound effects to make the experience of opening loot boxes appealing.  HoYoverse even offers players the option to "10-pull," or spend 10 Wish tokens at the same time (at

a cost of $20 or more, if the player is using paid virtual currency) to open 10 loot boxes in rapid succession, triggering an uninterrupted series of these animations and effects.  When a player spends a Wish token to open a loot box, this triggers an animation in which a shooting star falls from the sky.  The star bursts into color, indicating the rarity level of the prize the player is about to receive, with gold indicating a five-star prize.  Next, a silhouette of the prize appears, surrounded by a halo of light.  The prize then flashes into focus, accompanied by the prize's name and star rating.  Each of these visual elements is underscored by sound effects that build suspense while the prize is hidden, emit a flashing sound when the prize is revealed, and then clink like coins as the star rating appears.



**Figure 11:  Silhouette of Wish Reward**



**Figure 12, below:  "Klee" Wish Reward Revealed from Silhouette**



67.     HoYoverse has spent millions of dollars hiring influencers to promote Genshin Impact to their respective audiences on social media platforms including YouTube, TikTok, and the video game streaming site Twitch.  As noted previously, many of these influencers appeal to and are popular among children, and have built followings playing child-oriented games or engaging in child-oriented activities in online video streams.  In many instances, HoYoverse has circulated creative briefs and talking points to these influencers requesting that they promote Genshin Impact Event Banners to their audiences, and open loot boxes as part of their paid promotional videos.

68.     For example, in or about May 2021, HoYoverse paid popular influencer Alia Shelesh, known as "SSSniperWolf," more than $100,000 to record two short videos promoting Genshin Impact.  SSSniperWolf has tens of millions of subscribers on YouTube and is the two-time winner of the Nickelodeon Kids' Choice Awards in the "favorite gamer" category.

69.     HoYoverse provided SSSniperWolf with written instructions directing her to open loot boxes for the chance to obtain characters featured on the Event Banner, and to convey that "pulling for new characters [i.e., opening loot boxes for

the chance to obtain new characters] is exciting and fun."  HoYoverse also
instructed SSSniperWolf to tout a "boosted rate" to obtain a 5-star hero, "Zhongli,"
featured on the Event Banner.

70.    In May 2021, the SSSniperwolf promotional video was released.  It
featured a segment in which the influencer opened twelve loot boxes in a row,
conveying enthusiasm and excitement as she had been instructed, and won the
featured 5-star hero.  She remarked, "We are getting way too lucky tonight.  I
thought we were going to be here all night, but the RNG [random number
generator] 'bussin'," indicating her unexpected luck that Genshin Impact had
purportedly dispensed the rare prize to her by random chance.

**Figure 13: Screenshot of Loot Box Prize Revealed in SSSniperWolf Video**



71.    In reality, the SSSniperWolf promotional video was misleadingly
edited to depict a fake loot box prize win, in a way that would have been
impossible in the Genshin Impact game.  For instance, when a Genshin Impact
player opens a loot box containing a 5-star prize, the game displays a golden
shooting star animation, but in the SSSniperwolf video, the supposed 5-star prize
win was preceded by a purple shooting star animation.  The video also depicted an
uninterrupted succession of twelve loot box opening animations, when the game
allows no more than ten loot boxes to be opened at a time. Thus, the message

conveyed by this video was that consumers could obtain rare loot box prizes more easily and at lesser expense than they likely could in reality, and the video furthered this message with a deceptive demonstration of unachievable gameplay.

72.    HoYoverse paid SSSniperWolf to create the promotional video and had final approval authority over its contents, but HoYoverse did not exercise this authority to correct the misleading message of the video.  The video was viewed more than ten million times, including two million views on the influencer's YouTube channel, and more than eight million views on a YouTube channel used by HoYoverse to disseminate Genshin Impact promotional materials.

*HoYoverse Overstates, and Misleadingly Discloses, Loot Box Odds*

73.    In many instances, HoYoverse has represented that consumers who open loot boxes corresponding with Event Banner promotions will receive increased odds of obtaining the 5-star hero featured on the Event Banner.  For example, social media ads like **Figure 10** have touted a "huge drop-rate boost," and HoYoverse has instructed influencer-promoters to highlight "boosted rate[s]," or odds, if players open loot boxes during the Event Banner promotion.

74.    In reality, the purported "boost" in odds refers to the featured prize being available to obtain at all during the promotional period, while the underlying odds of obtaining the featured prize remains the same.

75.    Within the Genshin Impact game itself, HoYoverse makes further misstatements concerning purportedly increased odds of obtaining featured 5-star heroes.

76.    The Genshin Impact game represents that consumers can view complete information about the game's loot box odds by engaging with a "Details" menu navigation button below the Event Banner (like the second button from the left in **Figure 9**), and navigating through several sub-menus.

77.    The consumer is presented with a "Promotional Items" subsection, which depicts the featured 5-star hero with the phrase "Increased Drop Rates!" and

a statement that this hero's "Percentage of 5-Star Item Drops" is "50%", without adequate additional context. A second "Details" sub-menu within this interface states that the "[b]ase probability of winning 5-star character = 0.600%; consolidated probability (incl. guarantee) = 1.600%; guaranteed to win 5-star character at least once per 90 attempts," and indicates that the featured hero has a "huge drop-rate boost." A third "List of Items" sub-menu similarly states that the odds of obtaining the featured hero are "UP!," but does not disclose actual or relative rates at which HoYoverse awards loot box prizes.

**Figure 14: Example "Details" Sub-Menu Text Concerning Loot Box Odds**



78. In reality, HoYoverse offers consumers only a 0.3% (three in one thousand) chance of obtaining the specific featured hero when they open loot boxes. To put these low odds into perspective, this means that, even if a consumer opens 50 loot boxes in a row, the consumer has odds of less than 15% to obtain the 5-star prize featured on the banner.

79. Consumers are also misled by HoYoverse's "guarantee[] to win 5-star character at least once per 90 attempts" because they are led to believe that it applies to the 5-star character prominently featured in the Event Banner. As shown in **Figures 9** and **10** above, a picture and name of a character is featured next to language touting the opportunity to open loot boxes for the chance to win an

"event-exclusive 5-star character."  In reality, if a player opens 90 loot boxes, HoYoverse frequently does not provide the player with the featured five-star character: half of the time, HoYoverse will instead award the player an unrelated, and typically less desirable, 5-star prize not featured on the Event Banner.  If this happens, the player must then open as many as 90 additional loot boxes, at which point HoYoverse is finally certain to award the prize featured on the Event Banner.

80.    In other words, a consumer may need to open as many as 180 loot boxes, at a cost of $2–3 per loot box (or as much as $360–540 in total), simply to get the prize that HoYoverse features on the Event Banner.

81.    Taken as a whole, HoYoverse's representations and misleading disclosures serve to convey the message that consumers who purchase loot boxes are more likely to obtain rare prizes than they are in reality.

### *HoYoverse's Unfair Practices*

82.    Under Section 5 of the FTC Act, an act or practice is deemed "unfair" where the act or practice: (1) "causes or is likely to cause substantial injury to consumers" which (2) "is not reasonably avoidable by consumers themselves" and (3) is "not outweighed by countervailing benefits to consumers or to competition." 15 U.S.C. § 45(n); *see FTC v. Neovi*, 604 F.3d 1150, 1155 (9th Cir. 2010).

83.    HoYoverse makes use of two types of unfair acts or practices to generate revenue from, or monetize, the Genshin Impact game: (1) obscuring players' expenditures and the likely costs of rare prizes through the game's multi-tier virtual currency system, and (2) promoting and offering to children and teenagers rare prizes that can be obtained only by opening loot boxes, which can be purchased using paid virtual currency.

### *HoYoverse's Multi-Tier Virtual Currency System Is Unfair to Children and Teenagers*

84.    HoYoverse has unfairly designed and operated Genshin Impact with a complex and confusing multi-tier virtual currency exchange system.  This serves to

obscure the amount that children and teenagers spend within the game, as well as the substantial amount of real-world money generally required to obtain rare loot prizes.

85.    Genshin Impact's multi-tier virtual currency system permeates the design of the game, for example, through prompts urging players to "top up" their supplies of virtual currency by spending real money.  Consumers who opt to spend money purchasing virtual currency within the game cannot avoid the multi-tiered system, which requires them to convert the paid virtual currency to other tiers or categories of virtual currency in order to open loot boxes.  This system obscures the true amounts that children and teenagers are spending, and so increases the likelihood that consumers will not understand what they are spending, or the effective cost of loot box prizes awarded based on chance.  Children and teenagers, whose executive function skills are not yet fully developed are particularly susceptible to these techniques.

86.    Nor does the design of Genshin Impact's multi-tier virtual currency system generate any offsetting benefits to consumers or competition.  To the contrary, HoYoverse could have transparently priced virtual goods within the game to make clear to players the true amounts that they spend within the game and the true cost of loot box prizes.

### *HoYoverse Unfairly Promotes and Sells Paid Loot Box Prizes to Children and Teenagers*

87.    HoYoverse has unfairly promoted and offered to children and teenagers rare prizes that can be obtained only by opening loot boxes, which are often purchased using paid virtual currency.  The contents of these loot boxes are unknown to the player at the time of purchase.  The odds of obtaining rare prizes are steeply unfavorable to the consumer, deceptively presented to the player, as explained above, and the prizes often come at great real-world expense.  And children and teenagers are less likely than adults to understand what they are

spending or the real costs of desired digital items, particularly when those amounts are abstracted and obscured through multiple tiers of fictitious virtual currency.

88.    HoYoverse has promoted Genshin Impact and its rare loot box prizes to children and teenagers through advertisements, social media channels, and paid influencers, as described above.  HoYoverse does not deploy widely available age gating technology to screen users' ages.  HoYoverse also does not restrict, based on their age or otherwise, users' ability to purchase paid virtual currency, which HoYoverse sells in bundles costing up to $99 per purchase.  Nor does HoYoverse restrict, based on age or otherwise, users' ability to spend money to open loot boxes.  Indeed, the Genshin Impact game interface allows users of all ages to easily and frictionlessly buy and spend hundreds of dollars worth of virtual currency within moments.

89.    HoYoverse makes the five-star heroes that rarely appear within Genshin Impact loot boxes appealing and desireable to children and teenagers. Players can in effect 'pay to win' by spending large sums on loot boxes in order to unlock these heroes, who have enhanced abilities within the game, making it easier for players to complete the game's challenges.  Additionally, HoYoverse encourages players to identify with Genshin Impact's virtual heroes, many of whom have the appearance of young people, and to show their support or affinity for these characters by opening loot boxes to unlock them as playable characters within the game.

90.    In addition to making the heroes themselves desirable to children and teenagers, HoYoverse uses a number of techniques to create urgency to participate and to make the experience of opening loot boxes aesthetically appealing and exciting.  These include interface and design elements that steer players toward limited-time event banners through which HoYoverse offers loot boxes, and the suspenseful and exciting animations and sound effects associated with opening loot boxes, as described in Paragraphs 61–66 above.  Children and teenagers, who have

less developed executive function and behave more impulsively than adults, are particularly susceptible to these techniques.

91.    A final, core characteristic of HoYoverse's loot boxes, that their contents are distributed based on chance and unknown to players at the time of purchase, also makes them particularly appealing to children and teenagers.  It is a demonstrated principle in psychology, known as "variable ratio reinforcement," that people are more likely to repeat a behavior when it yields a chance of winning a reward at any time.  The unpredictability and randomness of receiving rewards based on chance makes it more exciting to participate, particularly for children and teenagers, due to their greater impulsivity and less developed executive function. Notably, this same principle of variable ratio reinforcement helps explain the allure of traditional games of chance, from which many States limit or prohibit players under 18 years old from participating.

92.    Many of the children and teenagers to whom HoYoverse has promoted Genshin Impact and its rare loot box prizes as described above have spent real money on virtual currency, which they have used to purchase Genshin Impact loot boxes.

93.    In many instances, after children and teenagers have spent money seeking to obtain rare loot box prizes in Genshin Impact, the children, teenagers, or their parents have complained to HoYoverse or to app store intermediaries that they did not fully understand what they were purchasing or the amount that they were spending.

94.    In some of these instances, the sums of money at issue have been considerable, with parents shocked to learn that HoYoverse was charging them hundreds or thousands of dollars for children's and teenagers' in-game purchases. Genshin Impact is made available to download for free on gaming application stores and is promoted using anime cartoon images, and HoYoverse has paid influencers popular among children and teenagers to promote the game.

95.    HoYoverse does not warn parents, children or teenagers at the point of download that the company makes money on the game by selling loot boxes, that the odds of winning featured prizes are very low, or that users can easily spend hundreds of dollars trying to obtain a single rare loot box prize.  Consumers could not have reasonably avoided these practices that led to financial losses to themselves or their households.

96.    HoYoverse, however, could have adopted practices to mitigate these harms without negatively impacting consumers or competition.  Numerous high-profile video games, including games freely available for download, do not sell loot boxes at all, or have discontinued the sale of loot boxes in recent years in favor of other monetization strategies.  Alternatively, if HoYoverse insisted on offering loot boxes for sale in its game, it could have prominently disclosed the pertinent details at the point of download, avoided advertising to children and teenagers and deployed widely available age-gating technology to screen users' ages.  Had it done so, HoYoverse could have either prevented loot box sales to children and teenagers, or kept them off the platform entirely.

***

97.    Based on the facts and violations of law alleged in this Complaint, the FTChas reason to believe that Defendants are violating or are about to violate laws enforced by the Commission.

## VIOLATIONS OF THE COPPA RULE AND FTC ACT

### Count I

### COPPA Rule

98.    Paragraphs 1 through 97 are incorporated as if set forth herein.

99.    Defendants are "operators" subject to the COPPA Rule.

100.    In numerous instances, in connection with the acts and practices described above, Defendants collected, used, and/or disclosed personal information from children younger than age 13 in violation of the Rule by:

a. Failing to provide notice on their website or online service of the information they collect online from children, how they use such information, and their disclosure practices, among other required content, in violation of Section 312.4(d) of the Rule, 16 C.F.R. § 312.4(d);

b. Failing to provide direct notice to parents of the information they collect online from children, how they use such information, and their disclosure practices for such information, among other required content, in violation of Section 312.4(b) of the Rule, 16 C.F.R. § 312.4(b); and

c. Failing to obtain consent from parents before any collection or use of personal information from children, in violation of Section 312.5(a)(1) of the Rule, 16 C.F.R. § 312.5(a)(1).

101.   Pursuant to Section 1303(c) of COPPA, 15 U.S.C. § 6502(c), and Section 18(d)(3) of the FTC Act, 15 U.S.C. § 57a(d)(3), a violation of the Rule constitutes an unfair or deceptive act or practice in or affecting commerce, in violation of Section 5(a) of the FTC Act, 15 U.S.C. § 45(a).

## **VIOLATIONS OF THE FTC ACT**

102.   Section 5(a) of the FTC Act, 15 U.S.C. § 45(a), prohibits "unfair or deceptive acts or practices in or affecting commerce."

103.   Misrepresentations or deceptive omissions of material fact constitute deceptive acts or practices prohibited by Section 5(a) of the FTC Act.

104.   Acts or practices are unfair under Section 5 of the FTC Act if they cause or are likely to cause substantial injury to consumers that consumers cannot reasonably avoid themselves and that is not outweighed by countervailing benefits to consumers or competition.  15 U.S.C. § 45(n).

**Count II**

**Misrepresentations of Loot Box Odds**

105.    Paragraphs 1 through 104 are incorporated as if set forth herein.

106.    In numerous instances, in connection with the advertising, marketing, or promotion of digital merchandise, content, and paid virtual currency in the Genshin Impact game, Defendants have represented, directly or indirectly, expressly or by implication, certain odds that loot boxes known as "Wishes" would contain particular prizes.

107.    In truth and in fact, in numerous instances in which Defendants have made these representations, a consumer's odds of obtaining a particular prize inside of a Genshin Impact loot box were meaningfully lower than what was advertised, marketed, or promoted.

108.    Defendants' representations are false or misleading and constitute deceptive acts or practices in violation of Section 5(a) of the FTC Act, 15 U.S.C. § 45(a).

**Count III**

**Misrepresentations of Cost of Loot Box Prizes**

109.    Paragraphs 1 through 108 are incorporated as if set forth herein.

110.    In numerous instances, in connection with the advertising, marketing, or promotion of digital merchandise, content, and paid virtual currency in the Genshin Impact game, Defendants have represented, directly or indirectly, expressly or by implication, the amount of money that players would need to spend, or would likely need to spend, in order to obtain particular loot box prizes.

111.    In truth and in fact, in numerous instances in which Defendants have made these representations, including in connection with Genshin Impact's virtual currency system, a consumer would need to spend, or would likely need to spend, more money to obtain particular loot box prizes than what was advertised, marketed, or promoted.

112.    Therefore, Defendants' representations are false or misleading and constitute deceptive acts or practices in violation of Section 5(a) of the FTC Act, 15 U.S.C. § 45(a).

## Count IV

## Unfair Selling and Offering a Multi-Tier Virtual Currency System to Children and Teenagers

113.    Paragraphs 1 through 112 are incorporated as if set forth herein.

114.    Defendants have sold and offered to sell bundles of virtual currency to children and teenagers, who can exchange that virtual currency for another virtual currency and exchange that yet again for a third virtual currency to open loot boxes.  Defendants' practice of selling bundles of virtual currency in a multi-tiered system to children and teenagers obscures the amount that these consumers spend within the game, as well as the substantial expenditure generally required to obtain rare loot prizes.

115.    Defendants' acts or practices have caused or are likely to cause substantial injury to consumers that those consumers could not themselves reasonably avoid and that is not outweighed by countervailing benefits to consumers or competition.

116.    Therefore, Defendants' acts or practices constitute unfair acts or practices in violation of Section 5(a) of the FTC Act, 15 U.S.C. § 45(a), (n).

## Count V

## Unfair Promotion and Sale of Loot Boxes to Children and Teenagers

117.    Paragraphs 1 through 116 are incorporated as if set forth herein.

118.    Defendants have promoted and offered to children and teenagers rare prizes that can be obtained only by opening loot boxes within a freely available and Internet-enabled video game developed and operated by Defendants. These prizes are based on chance, and consumers can spend money to obtain paid virtual currency to purchase loot boxes.

119.    Defendants' acts or practices have caused or are likely to cause substantial injury to consumers that those consumers could not themselves reasonably avoid and that is not outweighed by countervailing benefits to consumers or competition.

120.    Therefore, Defendants' acts or practices constitute unfair acts or practices in violation of Section 5(a) of the FTC Act, 15 U.S.C. § 45(a), (n).

## CIVIL PENALTIES

121.    Section 5(m)(1)(A) of the FTC Act, 15 U.S.C. § 45(m)(1)(A), authorizes this Court to award civil penalties for each violation of the COPPA Rule.

122.    Defendants violated the COPPA Rule with the knowledge required by Section 5(m)(1)(A) of the FTC Act, 15 U.S.C. § 45(m)(1)(A).

123.    Each collection, use, or disclosure of a child's personal information in which Defendants violated the Rule in one or more of the ways described above constitutes a separate violation for which Plaintiff seeks monetary civil penalties.

## CONSUMER INJURY

124.    Consumers are suffering, have suffered, and will continue to suffer substantial injury as a result of Defendants' violations of the FTC Act and the COPPA Rule.  Absent injunctive relief by this Court, Defendants are likely to continue to injure consumers and harm the public interest.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff requests that this Court:

A.    Enter a permanent injunction to prevent future violations of the FTC Act and the COPPA Rule;

B.    Award other relief within the Court's power to grant;

C.    Impose civil penalties for each violation of the COPPA Rule; and

D.    Award any additional relief as the Court determines to be just and proper.

Dated: January 17, 2025                   Respectfully submitted,

**FOR THE UNITED STATES OF AMERICA:**

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General, Civil Division

BURDEN H. WALKER
Deputy Assistant Attorney General

AMANDA N. LISKAMM
Director, Consumer Protection Branch

LISA K. HSIAO
Senior Deputy Director, Civil Litigation

ZACHARY A. DIETERT
Assistant Director

*/s/ Marcus P. Smith*
MARCUS P. SMITH
WESLINE N. MANUELPILLAI
Trial Attorneys
Consumer Protection Branch
Civil Division, U.S. Department of Justice
450 5th Street, NW, Suite 6400-South
Washington, DC 20001
Tel: (202) 353-9712 (Smith)
        (202) 305-2809 (Manuelpillai)
Fax: (202) 514-8742
Email:  Marcus.P.Smith@usdoj.gov
Wesline.N.Manuelpillai@usdoj.gov

*Counsel for Plaintiff United States of America*

**OF COUNSEL, FOR THE FEDERAL TRADE COMMISSION:**

JEFFREY TANG
MILES D. FREEMAN
DELILAH VINZON
AARON SCHUE
ROBERT QUIGLEY
Attorneys
Federal Trade Commission
10990 Wilshire Blvd., Suite 400
Los Angeles, CA 90024
(310) 824-4300